UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____

| | |
|---|---|
| YVONNE BARNEY ) | CASE NO. 1:06 CV 0863 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT ENTRY |
| -vs- ) | |
| ) | |
| AVIS RENT A CAR SYSTEM, INC. and ) | |
| TEAMSTERS LOCAL UNION ) | |
| NO. 293 ) | |
| ) | |
| Defendants. | |

_____

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court contemporaneously entered its Memorandum of Opinion and Order Granting Plaintiff's Motion to Voluntarily Dismiss with Prejudice, Denying Defendants' Motion for Sanctions and Declaring Moot Defendants' Motion for Summary Judgment, hereby dismisses Yvonne Barney's complaint with prejudice.

IT IS SO ORDERED.

  /s/Lesley Wells           
UNITED STATES DISTRICT JUDGE